THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br>1333 H Street NW, 11th Floor<br>Washington, DC 20005,<br><br>*Plaintiff*,<br><br>vs.<br><br>DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530,<br><br>*Defendant*. | Case No. |

## COMPLAINT FOR INJUNCTIVE RELIEF

1. Plaintiff Democracy Forward Foundation ("Democracy Forward") brings this action against Defendant Department of Justice ("DOJ") to compel compliance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

2. On January 30, 2018, Democracy Forward requested that the Office of Legal Policy ("OLP"), a component of DOJ, produce all records that have been provided to OLP by individuals (or on the behalf of those individuals) who have been nominated to judgeships on the federal courts of appeals.

3. To date, DOJ has not produced any documents to Democracy Forward, nor has it provided Democracy Forward with any information regarding the status of any search or review of documents.

4. Accordingly, Democracy Forward seeks an injunction directing DOJ to comply with FOIA and to search for and produce all responsive documents.

1

## JURISDICTION AND VENUE

5.This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

6.Venue is proper under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

## PARTIES

7.Plaintiff Democracy Forward Foundation is a not-for-profit media organization incorporated under the laws of the District of Columbia and based in Washington, D.C. Democracy Forward works to promote transparency and accountability in government, in part by educating the public on government actions and policies. Among other things, Democracy Forward posts information it receives from FOIA requests on the internet and writes about them in various media. Democracy Forward's FOIA investigations have led to numerous stories of significant public interest.

8.Defendant Department of Justice is a federal agency within the meaning of FOIA, 5 U.S.C. § 552(f)(1), and is headquartered in Washington, D.C. The Office of Legal Policy is a component of DOJ. DOJ has possession, custody, and control of records to which Democracy Forward seeks access.

## FACTUAL ALLEGATIONS

9.Democracy Forward submitted a FOIA request to DOJ on January 30, 2018 seeking "all records that have been provided to the Office of Legal Policy by individuals (or on the behalf of those individuals) who have been nominated to judgeships on the federal courts of appeals."

10.The FOIA request stated that the time period for the request was from January 20, 2017, until the day the search is run.

11.     Democracy Forward submitted the FOIA request via Fax and FOIAonline, an electronic FOIA submission portal.

12.     DOJ sent an email to Democracy Forward confirming that it received the FOIA request on January 30, 2018, and assigning it the tracking number DOJ-2018-002362.

13.     Democracy Forward sought a waiver of search and duplicating fees for the FOIA request under 5 U.S.C. § 552(a)(4)(A)(iii) and 28 C.F.R. § 16.10(k), which require waiver of fees if the disclosure is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester.

14.     Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), DOJ was required to determine whether to comply with the FOIA request within twenty business days of receipt of the request and to notify Democracy Forward immediately of its determination, the reasons therefor, and the right to appeal any adverse determination.

15.     Pursuant to 5 U.S.C. § 552(a)(6)(B)(i), DOJ could extend this deadline if "unusual circumstances," as defined in subsection 552(a)(6)(B)(iii), existed. In order to extend the twenty-day deadline, DOJ was required to send written notice to Democracy Forward setting forth the unusual circumstances for the extension and the date on which it expected a determination to be dispatched, with such date being no more than ten working days.

16.     On February 28, 2018, DOJ sent a letter to Democracy Forward via email. This letter acknowledged receipt of the FOIA request on behalf of the Office of Legal Policy. It also stated that "unusual circumstances" applied, requiring an extension of more than the ten days provided by statute. It also stated that DOJ had not yet made a decision on the request for a fee waiver.

17.     Including the ten additional days provided by 5 U.S.C. § 552(a)(6)(B)(i), DOJ's determination regarding Democracy Forward's FOIA request was due by March 14, 2018.

18.     DOJ has not provided any additional information to Democracy Forward regarding the FOIA request since the letter of February 28, 2018, nor has it produced any documents in response to the FOIA request.

19.     DOJ has not advised Democracy Forward of any determination whether to comply with Democracy Forward's FOIA request.

20.     Because DOJ has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A)(i) and 5 U.S.C. § 552(a)(6)(B)(i), Democracy Forward is deemed to have exhausted any and all administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C).

## CLAIM FOR RELIEF

21.     Democracy Forward incorporates by reference the foregoing paragraphs as if fully set forth herein.

22.     By failing to respond to Democracy Forward's request within the statutorily mandated time period, DOJ has violated its duties under FOIA, 5 U.S.C.§ 552, including but not limited to its duties to conduct a reasonable search for responsive records, to take reasonable steps to release all reasonably segregable nonexempt information, and to not withhold responsive records.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Democracy Forward Foundation prays that this Court:

1.  order DOJ to conduct a search for any and all responsive records to Democracy Forward's FOIA request and demonstrate that it employed search methods reasonably likely to lead to discovery of all responsive records;

2.     order DOJ to produce, by a date certain, any and all nonexempt responsive records and a *Vaughn* index of any responsive records withheld under a claim of exemption;

3.     enjoin DOJ from continuing to withhold any and all nonexempt responsive records;

4.     order DOJ to grant Democracy Forward's request for a fee waiver;

5.     award Democracy Forward its attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

6.     grant Democracy Forward any other relief this Court deems appropriate.

Dated: April 2, 2018

Respectfully submitted,

/s/ *Javier M. Guzman*
Javier M. Guzman (D.C. Bar No. 462679)
Robin F. Thurston (D.C. Bar No. 1531399)*
**DDC admission scheduled*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
jguzman@democracyforward.org
rthurston@democracyforward.org